### JOHN MARTIN v. STATE.

No. A-3467.     Opinion Filed May 29, 1920.

(190 Pac. 268.)

Appeal from District Court, Craig County; Ernest B Hughes, Judge.

John Martin was convicted of the crime of manslaughter in the first degree and sentenced to serve a term of 35 years in the state penitentiary, and he appeals. Affirmed.

Riddle, Bennett, Wilson & Mitchell, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Plaintiff in error was convicted of the crime of manslaughter in the first degree, and his punishment fixed as above stated. Judgment rendered on May 25, 1918. This appeal has been pending in this court since October 5, 1918. No brief has been filed in behalf of plaintiff in error, and no appearance was made to orally argue the cause at the time same was submitted. Rule 9 of this court (12 Okla Cr. viii, 165 Pac. x) provides:

"When no counsel appears, and no briefs are filed, the court will examine the pleadings, the instructions of the court and the exceptions taken thereto, and the judgment and sentence, and if no prejudicial error appears, will affirm the judgment."

After an examination of the pleadings, the instructions of the court, and the judgment and sentence, the court finds that no prejudicial error occurred sufficient to authorize a reversal of this judgment, and the same is therefore affirmed.